APPEAL,JURY,TYPE–D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:26–cv–00353–DLF</u>

| | |
|---|---|
| NEWSGUARD TECHNOLOGIES v. FEDERAL TRADE COMMISSION et al | Date Filed: 02/06/2026 |
| Assigned to: Judge Dabney L. Friedrich | Jury Demand: Plaintiff |
| Cause: 28:2201 Declaratory Judgment | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**NEWSGUARD TECHNOLOGIES**　　　represented by　**James C. Grant**
P.O. Box 40128
Philadelphia, PA 19106
215–717–3473
Email: jim.grant@fire.org
*ATTORNEY TO BE NOTICED*

**Samuel Rudovsky**
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE
Suite 340
Washington, DC 20003
215–717–3473
Email: sam.rudovsky@fire.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Corn–Revere**
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE
Suite 340
Washington, DC 20003
215–717–3473
Email: bob.corn–revere@thefire.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FEDERAL TRADE COMMISSION**　　　represented by　**Alan William Bakowski**
FEDERAL TRADE COMMISSION
401 W. Peachtree Street NW
Suite 1500
Atlanta, GA 30308
404–656–1363
Email: abakowski@ftc.gov

1

*ATTORNEY TO BE NOTICED*

**Alex Potapov**
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW
Washington, DC 20580
480–229–2692
Email: apotapov@ftc.gov
*ATTORNEY TO BE NOTICED*

**Ethan D. Beck**
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW
Washington, DC 20580
202–650–9243
Email: ebeck@ftc.gov
*ATTORNEY TO BE NOTICED*

**H. Thomas Byron , III**
FEDERAL TRADE COMMISSION
Office of the General Counsel
600 Pennsylvania Avenue, NW
Room 580
Washington, DC 20580
202–326–2527
Email: hbyron@ftc.gov
*ATTORNEY TO BE NOTICED*

**Robert E. Zuver , Jr**
FEDERAL TRADE COMMISSION
400 7th Street, SW
Washington, DC 20024
202–326–3134
Email: rzuver@ftc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANDREW FERGUSON**
*in his official capacity as Chairman of the*
*Federal Trade Commission*

represented by **Alan William Bakowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alex Potapov**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan D. Beck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**H. Thomas Byron , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. Zuver , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2026 | 1 | COMPLAINT against All Plaintiffs with Jury Demand ( Filing fee $ 405 receipt number ADCDC–12228952) filed by NewsGuard. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(Corn–Revere, Robert) (Attachment 1 replaced on 2/6/2026) (zhcn). (Entered: 02/06/2026) |
| 02/06/2026 | 2 | NOTICE of Appearance by Robert Corn–Revere on behalf of NewsGuard (Corn–Revere, Robert) (Entered: 02/06/2026) |
| 02/06/2026 | 3 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NewsGuard (Corn–Revere, Robert) (Entered: 02/06/2026) |
| 02/06/2026 | | Case Assigned to Judge Dabney L. Friedrich. (zhcn) (Entered: 02/06/2026) |
| 02/06/2026 | 4 | SUMMONS (4) Issued Electronically as to FEDERAL TRADE COMMISSION, ANDREW FERGUSON, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(zhcn) (Entered: 02/06/2026) |
| 02/06/2026 | 5 | ERRATA by NEWSGUARD TECHNOLOGIES 1 Complaint, filed by NEWSGUARD TECHNOLOGIES. (Corn–Revere, Robert) Modified event on 2/10/2026 (znmw). (Entered: 02/06/2026) |
| 02/06/2026 | 6 | STANDARD ORDER for Civil Cases. See text for details. Signed by Judge Dabney L. Friedrich on February 6, 2026. (lcdlf1) (Entered: 02/06/2026) |
| 02/06/2026 | | MINUTE ORDER. The plaintiff's 1 Complaint requests that the Court (1) "[p]reliminarily enjoin the FTC, Chairman Ferguson, his officers, agents, servants, and employees from initiating any action to enforce the CID in violation of Plaintiff's constitutional rights"; and (2) "[p]reliminarily enjoin the FTC, Chairman Ferguson, his officers, agents, servants, and employees from initiating any action to enforce the Omnicom–IPG merger condition in violation of Plaintiff's constitutional rights." Compl. 50, Dkt. 1. The Court directs the plaintiff to Local Rule 65.1, which provides that "[a]n application for a preliminary injunction shall be made in a document separate from the complaint." LCvR 65.1(c). <br><br> Accordingly, it is ORDERED that, to the extent the plaintiff seeks preliminary relief, the plaintiff shall file a motion for such relief on or before February 11, 2026. So Ordered by Judge Dabney L. Friedrich on February 6, 2026. (lcdlf1) (Entered: 02/06/2026) |
| 02/11/2026 | 7 | NOTICE of Appearance by Ethan D. Beck on behalf of All Defendants (Beck, Ethan) (Entered: 02/11/2026) |
| 02/11/2026 | 8 | MOTION for Extension of Time to File Response/Reply *to Plaintiff's Motion for Preliminary Injunction* by FEDERAL TRADE COMMISSION, ANDREW FERGUSON. (Attachments: # 1 Proposed Order)(Beck, Ethan) (Entered: 02/11/2026) |
| 02/11/2026 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FEDERAL TRADE COMMISSION served on 2/10/2026 (Corn–Revere, Robert) |

3

| | | |
|---|---|---|
| | | (Entered: 02/11/2026) |
| 02/11/2026 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ANDREW FERGUSON served on 2/10/2026 (Corn–Revere, Robert) (Entered: 02/11/2026) |
| 02/11/2026 | 11 | MOTION for Preliminary Injunction by NEWSGUARD TECHNOLOGIES. (Attachments: # 1 Memorandum in Support Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, # 2 Declaration Declaration of Matthew Skibinski in Support of Plaintiff's Motion for Preliminary Injunction, # 3 Exhibit Wall Street Journal Nutrition Label from NewsGuard, # 4 Exhibit Newsmax Nutrition Label from NewsGuard, # 5 Exhibit Will Oremus & Naomi Nix article for The Washington Post – This Company Rates News Sites Credibility. The Right Wants It Stopped., # 6 Exhibit Ted Johnson article for Deadline – Attacking the Watchdog: How Media Rating Site NewsGuard Ended Up as a Target for GOP Lawmakers and Regulators, # 7 Exhibit Andrew Ferguson X Post #1, # 8 Exhibit Andrew Ferguson X Post #2, # 9 Exhibit Andrew Ferguson Appearance on "Bannons WarRoom," Show Clip, # 10 Exhibit Letter from FCC Commissioner Brendan Carr, # 11 Exhibit Concurring Statement from FTC Chairman Andrew Ferguson re: FTC v. 1661, Inc. d/b/a GOAT, # 12 Exhibit FTC Commissioner Andrew Ferguson Overview for FTC Chairman, # 13 Exhibit NewsGuard Statement in Response to FCC Commissioner Brendan Carr Letter, # 14 Exhibit FTC Request for Public Comment Regarding Technology Platform Censorship, # 15 Exhibit Transcript of Andrew Ferguson Appearance on ProMarket Podcast, # 16 Exhibit Brendan Carr X Post, # 17 Exhibit FTC Civil Investigative Demand Against NewsGuard, # 18 Exhibit NewsGuard Civil Investigative Demand Modification Letter from FTC, # 19 Exhibit FTC Announcement of Proposed Consent Order and that the FTC "Prevents Anticompetitive Coordination in Global Advertising Merger", # 20 Exhibit Statement from FTC Chairman Andrew Ferguson "In the Matter of Omnicom Group / The Interpublic Group of Cos.", # 21 Exhibit Newsmax Article Criticizing NewsGuard "Bias" and Omnicom/IPG Merger, # 22 Exhibit Newsmax Public Comment re: "Omnicom Group Inc. and The Interpublic Group of Companies, Inc.", # 23 Exhibit Newsmax Article Critiquing Omnicom/IPG Merger, # 24 Exhibit Newsmax X Post Opposing FTC Approval of Omnicom/IPG Merger, # 25 Exhibit FTC Final Consent Order for Omnicom/IPG Merger, # 26 Text of Proposed Order Proposed Order Granting PI – NewsGuard v. FTC)(Corn–Revere, Robert) (Entered: 02/11/2026) |
| 02/12/2026 | | NOTICE of Hearing: The parties are to appear for a Telephonic Scheduling Conference at 12:00 PM on February 13, 2026 before Judge Dabney L. Friedrich, to discuss the briefing schedule for the plaintiff's 11 Motion for Preliminary Injunction. (smc) (Entered: 02/12/2026) |
| 02/12/2026 | 12 | NOTICE of Appearance by H. Thomas Byron, III on behalf of All Defendants (Byron, H.) (Entered: 02/12/2026) |
| 02/12/2026 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 2/12/2026. Answer due for ALL FEDERAL DEFENDANTS by 4/13/2026. (Corn–Revere, Robert) (Entered: 02/12/2026) |
| 02/13/2026 | 14 | RESPONSE re 8 MOTION for Extension of Time to File Response/Reply *to Plaintiff's Motion for Preliminary Injunction* filed by NEWSGUARD TECHNOLOGIES. (Corn–Revere, Robert) (Entered: 02/13/2026) |
| 02/13/2026 | 15 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Alex Potapov on behalf of FEDERAL TRADE COMMISSION, ANDREW FERGUSON (Potapov, Alex) (Entered: 02/13/2026) |
| 02/13/2026 | 16 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Samuel Rudovsky, Filing fee $ 100, receipt number ADCDC–12243959. Fee Status: Fee Paid. by NEWSGUARD TECHNOLOGIES. (Corn–Revere, Robert) (Entered: 02/13/2026) |
| 02/13/2026 | | Minute Entry for Telephonic Scheduling Conference held on 2/13/2026 before Judge Dabney L. Friedrich: Joint Status Report due by 5pm on 2/16/2026. Defendant's Opposition due by Noon on 2/23/2026. Plaintiff's Reply due by Noon on 2/27/2026. Motion Hearing set for 3/4/2026 at 2:00 PM in Courtroom 24A (In Person) before Judge Dabney L. Friedrich. Court Reporter: Sara Wick. (smc) (Entered: 02/13/2026) |
| 02/13/2026 | 17 | ERRATA by NEWSGUARD TECHNOLOGIES re 16 Motion for Leave to Appear Pro Hac Vice. (Corn–Revere, Robert) (Entered: 02/13/2026) |
| 02/13/2026 | | MINUTE ORDER. In accordance with today's telephonic scheduling conference, a hearing on the plaintiff's 11 Motion for Preliminary Injunction is scheduled for 2 p.m. on March 4, 2026, in Courtroom 24A. It is further ORDERED that the following schedule shall govern further proceedings: the defendants shall file an opposition to the plaintiff's motion for a preliminary injunction at or before 12 p.m. on February 23, 2026; and the plaintiff shall file any reply at or before 12 p.m. on February 27, 2026. Finally, it is ORDERED that, at or before 5 p.m. on February 16, 2026, the parties shall file a joint status report indicating whether the parties consent to and propose an alternative briefing and hearing schedule. So Ordered by Judge Dabney L. Friedrich on February 13, 2026. (lcdlf1) (Entered: 02/13/2026) |
| 02/13/2026 | | NOTICE OF ERROR regarding 16 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Samuel Rudovsky, 17 Errata. The following error(s) need correction: No Motion included. Motion compliant with LCvR 83.2 and signed by the sponsoring attorney is required. Also, Pro Hac Vice motion must be accompanied by a Certificate of Good Standing **issued within the last 30 days (LCvR 83.2(c)(2))**. Please file file both documents as an Errata. (znmw) (Entered: 02/13/2026) |
| 02/15/2026 | 18 | Joint STATUS REPORT by NEWSGUARD TECHNOLOGIES. (Corn–Revere, Robert) (Entered: 02/15/2026) |
| 02/20/2026 | 19 | ERRATA by NEWSGUARD TECHNOLOGIES re 16 Motion for Leave to Appear Pro Hac Vice. (Attachments: # 1 Errata Revised Declaration of Samuel Rudovsky for PHV Admission, # 2 Errata Updated Certificate of Good Standing for Samuel Rudovsky)(Corn–Revere, Robert) (Entered: 02/20/2026) |
| 02/23/2026 | 20 | Memorandum in opposition to re 11 MOTION for Preliminary Injunction filed by FEDERAL TRADE COMMISSION, ANDREW FERGUSON. (Beck, Ethan) (Entered: 02/23/2026) |
| 02/27/2026 | | MINUTE ORDER denying the plaintiff's 16 19 Motion for Leave to Appear Pro Hac Vice. Although the declaration of the non–member attorney lists a business address located in the District of Columbia, the declarant has not completed questions 8 and 9 of the declaration. *See* LCvR 83.2(c)(2) (stating that, if the declarant "engages in the practice of law from any office located in the District of Columbia," the declaration must set forth whether the attorney "is a member of the District of Columbia Bar or has an application for membership pending"). The plaintiff may file a new motion accompanied by a revised declaration and the required certificate of good standing. The plaintiff need not re–pay the $100 fee. So Ordered by Judge Dabney L. Friedrich on |

| | | February 27, 2026. (lcdlf1) (Entered: 02/27/2026) |
|---|---|---|
| 02/27/2026 | 21 | REPLY to opposition to motion re 11 Motion for Preliminary Injunction,,,,,,,,,, filed by NEWSGUARD TECHNOLOGIES. (Corn–Revere, Robert) (Entered: 02/27/2026) |
| 02/27/2026 | 22 | Second MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Samuel Rudovsky, Fee Status: No Fee Paid. by NEWSGUARD TECHNOLOGIES. (Attachments: # 1 Declaration of Samuel Rudovsky, # 2 Certificate of Good Standing)(Corn–Revere, Robert) (Entered: 02/27/2026) |
| 03/03/2026 | | MINUTE ORDER granting the plaintiff's 22 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. So Ordered by Judge Dabney L. Friedrich on March 3, 2026. (lcdlf1) (Entered: 03/03/2026) |
| 03/03/2026 | 23 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– James C. Grant, Filing fee $ 100, receipt number ADCDC–12277463. Fee Status: Fee Paid. by NEWSGUARD TECHNOLOGIES. (Attachments: # 1 Declaration Declaration of James C. Grant, # 2 Supplement Certificate of Good Standing)(Corn–Revere, Robert) (Attachment 1 replaced on 3/4/2026) (znmw). (Entered: 03/03/2026) |
| 03/04/2026 | | MINUTE ORDER: The court will provide access for the public to telephonically attend the hearing scheduled for today, March 4, 2026, at 2:00 PM. The hearing can be accessed by dialing the Toll–Free Number: 833–990–9400 (Meeting ID: 117076001). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the following: persons remotely accessing court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the presiding Judge. The public is advised that in the event of technical issues, the public line will be terminated and will not be restored. Given that Court will be actively in session, listeners should not contact chambers should that occur. So Ordered by Judge Dabney L. Friedrich on March 4, 2026 (smc) (Entered: 03/04/2026) |
| 03/04/2026 | 24 | NOTICE of Appearance by Samuel Rudovsky on behalf of NEWSGUARD TECHNOLOGIES (Rudovsky, Samuel) (Main Document 24 replaced on 3/5/2026) (znmw). (Entered: 03/04/2026) |
| 03/04/2026 | 25 | NOTICE of Appearance by Robert E. Zuver, Jr on behalf of All Defendants (Zuver, Robert) (Main Document 25 replaced on 3/5/2026) (znmw). (Entered: 03/04/2026) |
| 03/04/2026 | | MINUTE ORDER granting the plaintiff's 23 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. So Ordered by Judge Dabney L. Friedrich on March 4, 2026. (lcdlf1) (Entered: 03/04/2026) |
| 03/04/2026 | | Minute Entry for Motion Hearing held on 3/4/2026 before Judge Dabney L. Friedrich: re 11 MOTION for Preliminary Injunction. Oral arguments heard and TAKEN UNDER ADVISEMENT. Court Reporter: Sara Wick. (smc) (Entered: 03/04/2026) |
| 03/06/2026 | 26 | NOTICE *of the Commission's Order regarding the Petition to Quash* by FEDERAL TRADE COMMISSION, ANDREW FERGUSON (Attachments: # 1 Exhibit A – Commission Order, # 2 Exhibit B – Petition to Quash)(Beck, Ethan) (Entered: |

| | | |
|---|---|---|
| | | 03/06/2026) |
| 03/25/2026 | 27 | TRANSCRIPT OF MOTION HEARING before Judge Dabney L. Friedrich held on 3/4/2026. Page Numbers: 1–64. Date of Issuance: 3/25/2026. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/15/2026. Redacted Transcript Deadline set for 4/25/2026. Release of Transcript Restriction set for 6/23/2026.(Wick, Sara) (Entered: 03/25/2026) |
| 03/25/2026 | 28 | NOTICE of Appearance by Alan William Bakowski on behalf of All Defendants (Bakowski, Alan) (Entered: 03/25/2026) |
| 03/25/2026 | 29 | MOTION for Extension of Time to File Answer re 1 Complaint, by FEDERAL TRADE COMMISSION, ANDREW FERGUSON. (Attachments: # 1 Text of Proposed Order)(Bakowski, Alan) (Entered: 03/25/2026) |
| 03/26/2026 | | MINUTE ORDER denying without prejudice the defendants' 29 Motion to Extend Deadline to Answer or Move to Dismiss. The defendants may renew their motion after the Court rules on the plaintiff's 11 Motion for Preliminary Injunction. So Ordered by Judge Dabney L. Friedrich on March 26, 2026. (lcdlf1) (Entered: 03/26/2026) |
| 03/31/2026 | 30 | NOTICE OF SUPPLEMENTAL AUTHORITY by NEWSGUARD TECHNOLOGIES (Attachments: # 1 X Corp. v. World Federation of Advertisers et al.)(Corn–Revere, Robert) (Entered: 03/31/2026) |
| 04/01/2026 | 31 | RESPONSE re 30 NOTICE OF SUPPLEMENTAL AUTHORITY filed by FEDERAL TRADE COMMISSION, ANDREW FERGUSON. (Beck, Ethan) (Entered: 04/01/2026) |
| 04/07/2026 | 32 | Unopposed MOTION for Extension of Time to File Answer *or motion to dismiss until further order*, Unopposed MOTION Suspend deadline until further order by FEDERAL TRADE COMMISSION, ANDREW FERGUSON. (Attachments: # 1 Text of Proposed Order Proposed order)(Byron, H.) (Entered: 04/07/2026) |
| 04/08/2026 | | MINUTE ORDER granting the defendants' 32 Unopposed Motion to Suspend Deadline. It is ORDERED that the defendants' deadline to respond to the plaintiff's 1 Complaint is suspended until further order of this Court. So Ordered by Judge Dabney L. Friedrich on April 8, 2026. (lcdlf1) (Entered: 04/08/2026) |
| 04/15/2026 | | NOTICE of Hearing: Telephonic Oral Ruling set for 4/22/2026 at 2:00 PM before Judge Dabney L. Friedrich. (smc) (Entered: 04/15/2026) |

| 04/17/2026 | 33 | NOTICE *of Withdrawal of Civil Investigative Demand and Notice of Related Litigation* by FEDERAL TRADE COMMISSION, ANDREW FERGUSON (Attachments: # 1 Exhibit 1 – FTC v. Dentsu Complaint, # 2 Exhibit 2 – Dentsu Stipulated Order, # 3 Exhibit 3 – WPP Stipulated Order, # 4 Exhibit 4 – Publicis Stipulated Order, # 5 Exhibit 5 – Letter Withdrawing CID)(Bakowski, Alan) (Entered: 04/17/2026) |
|---|---|---|
| 04/21/2026 | 34 | RESPONSE re 33 Notice (Other), filed by NEWSGUARD TECHNOLOGIES. (Attachments: # 1 Exhibit Exhibit 1 – June 2025 letter to the FTC)(Rudovsky, Samuel) (Entered: 04/21/2026) |
| 04/22/2026 | 35 | NOTICE of Appearance by James C. Grant on behalf of NEWSGUARD TECHNOLOGIES (Grant, James) (Entered: 04/22/2026) |
| 04/22/2026 |  | Minute Entry for Telephonic Oral Ruling held on 4/22/2026 before Judge Dabney L. Friedrich: For reasons stated on the record, the Court denied without prejudice 11 Motion for Preliminary Injunction. Proposed schedule for further proceedings due by 4/29/2026. Court Reporter: Sara Wick. (smc) (Entered: 04/22/2026) |
| 04/22/2026 | 36 | ORDER denying the plaintiff's 11 Motion for Preliminary Injunction. See text for details. Signed by Judge Dabney L. Friedrich on April 22, 2026. (lcdlf1) (Entered: 04/22/2026) |
| 04/22/2026 |  | MINUTE ORDER. It is ORDERED that the parties shall file, on or before April 29, 2026, a joint status report proposing a schedule for further proceedings. So Ordered by Judge Dabney L. Friedrich on April 22, 2026. (lcdlf1) (Entered: 04/22/2026) |
| 04/22/2026 | 37 | NOTICE OF INTERLOCUTORY APPEAL TO DC CIRCUIT COURT as to 36 Order on Motion for Preliminary Injunction by NEWSGUARD TECHNOLOGIES. Filing fee $ 605, receipt number ADCDC–12377554. Fee Status: Fee Paid. (Corn–Revere, Robert) Modified event on 4/23/2026 (znmw). (Entered: 04/22/2026) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NEWSGUARD TECHNOLOGIES, INC., | |
| *Plaintiff*, | |
| v. | Case No.: 1:26-cv-00353-DLF |
| FEDERAL TRADE COMMISSION and ANDREW FERGUSON, in his official capacity as Chairman of the Federal Trade Commission, | Hon. Dabney L. Friedrich |
| *Defendants*. | |

**NOTICE OF APPEAL**

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff NewsGuard Technologies appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 22nd day of April, 2026, denying NewsGuard's motion for a preliminary injunction. This appeal is subject to the expedited review provisions of D.C. Circuit Rule 47.2(a) and 28 U.S.C. § 1657.

Dated: April 22, 2026                  Respectfully Submitted,

/s/ Robert Corn-Revere
   Robert Corn-Revere
   (D.C. Bar No. 375415)
James C. Grant
   (WA Bar No. 14358)
Sara E. Berinhout
   (MA Bar No. 703217)
Samuel Rudovsky
   (PA Bar No. 335724)
   Not Admitted to the D.C. Bar. D.C. Practice
   limited to U.S. federal courts and related
   matters under D.C. Ct. App. R. 49(c)(3).

FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@fire.org
jim.grant@fire.org
sara.berinhout@fire.org
sam.rudovsky@fire.org


*Counsel for Plaintiff*

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

NEWSGUARD TECHNOLOGIES,

*Plaintiff,*

v.

FEDERAL TRADE COMMISSION, *et al.,*

*Defendants.*

No. 26-cv-00353 (DLF)

---

### ORDER

For the reasons stated on the record in the Court's oral ruling during proceedings held on April 22, 2026, it is

**ORDERED** that the plaintiff's Motion for Preliminary Injunction, Dkt. 11, is **DENIED** without prejudice.

**SO ORDERED.**

DABNEY L. FRIEDRICH
United States District Judge

April 22, 2026