# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5138**　　　　　　　　　**September Term, 2025**

**1:26-cv-00353-DLF**

**Filed On: April 28, 2026** [2170797]

Newsguard Technologies,

　　　　　Appellant

　　v.

Federal Trade Commission and Andrew N.
Ferguson, in his official capacity as
Chairman of the Federal Trade
Commission,

　　　　　Appellees

## O R D E R

The notice of appeal was filed on April 22, 2026, and docketed in this court on April 28, 2026. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 28, 2026 |
| Docketing Statement Form | May 28, 2026 |
| Entry of Appearance Form (Attorneys Only) | May 28, 2026 |
| Procedural Motions, if any | May 28, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 28, 2026 |
| Statement of Issues to be Raised | May 28, 2026 |
| Transcript Status Report | May 28, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | May 28, 2026 |
| Dispositive Motions, if any | June 12, 2026 |

**No. 26-5138**                              **September Term, 2025**

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 28, 2026 |
| Entry of Appearance Form (Attorneys Only) | May 28, 2026 |
| Procedural Motions, if any | May 28, 2026 |
| Dispositive Motions, if any | June 12, 2026 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

               BY:    /s/
                       Elbert B.J. Lestrade
                       Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)