# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** NewsGuard Technologies, Inc.

**v.**

Federal Trade Commission, et al.

**Case No:** 26-5138

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

NewsGuard Technologies, Inc.

### Counsel Information

**Lead Counsel:** Robert Corn-Revere

**Direct Phone:** ( 215 ) 717-3473 **Fax:** ( N/A ) _____ **Email:** bob.corn-revere@fire.org

**2nd Counsel:** James C. Grant

**Direct Phone:** ( 215 ) 717-3473 **Fax:** ( N/A ) _____ **Email:** jim.grant@fire.org

**3rd Counsel:** Sara Berinhout

**Direct Phone:** ( 215 ) 717-3473 **Fax:** ( N/A ) _____ **Email:** sara.berinhout@fire.org

**Firm Name:** Foundation for Individual Rights and Expression

**Firm Address:** 700 Pennsylvania Ave. SE, Ste. 340, Washington, DC 20003

**Firm Phone:** ( 215 ) 717-3473 **Fax:** ( N/A ) _____ **Email:** N/A

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# United States Court of Appeals
## District of Columbia Circuit

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** NewsGuard Technologies, Inc.

**v.**

Federal Trade Commission, et al.

**Case No:** 26-5138

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

NewsGuard Technologies, Inc.

### Counsel Information

4th Counsel: Samuel Rudovsky

Direct Phone: ( 215 ) 717-3473 Fax: ( N/A ) Email: sam.rudovsky@fire.org

Firm Name: Foundation for Individual Rights and Expression

Firm Address: 700 Pennsylvania Ave. SE, Ste. 340, Washington, DC 20003

Firm Phone: ( 215 ) 717-3473 Fax: ( N/A ) Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.