**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NEWSGUARD TECHNOLOGIES,

*Plaintiff-Appellant*,

v.

FEDERAL TRADE COMMISSION and
ANDREW N. FERGUSON, in his official
capacity as Chairman of the Federal Trade
Commission,

*Defendants-Appellees*.

No. 26-5138

## <u>APPELLANT'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES</u>

Pursuant to the Court's scheduling order of April 28, 2026, D.C. Circuit Rule 28(a)(1), and Federal Rule of Appellate Procedure 26.1, counsel for Plaintiff-Appellant NewsGuard Technologies certifies as follows:

**A.     Parties and Amici.**

Plaintiff-Appellant is NewsGuard Technologies. NewsGuard has no parent corporation or any publicly held corporation that owns 10% or more of its stock.

Defendants-Appellees are the Federal Trade Commission and Andrew N. Ferguson, in his official capacity as Chairman of the Federal Trade Commission.

No intervenors or amici have appeared to date.

1

**B. Rulings Under Review.**

Plaintiff-Appellant appeals from the order issued on April 22, 2026, by the Honorable Dabney L. Friedrich (D.D.C. Case No. 1:26-cv-00353-DLF), denying Plaintiff's Motion for Preliminary Injunction. ECF No. 36.

**C. Related Cases.**

Counsel for Plaintiff-Appellant is not aware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Dated: May 28, 2026

Respectfully Submitted,

/s/ Robert Corn-Revere
   Robert Corn-Revere
   (D.C. Bar No. 375415)
James C. Grant
   (WA Bar No. 14358)
Sara E. Berinhout
   (MA Bar No. 703217)
 Samuel Rudovsky
   (PA Bar No. 335724)
   Not Admitted to the D.C. Bar. D.C.
   Practice limited to U.S. federal courts
   and related matters under D.C. Ct. App.
   R. 49(c)(3).
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@fire.org
jim.grant@fire.org
sara.berinhout@fire.org
sam.rudovsky@fire.org

*Counsel for Plaintiff-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2026, I electronically filed the foregoing document using this Court's CM/ECF system. All parties in this case are represented by counsel who are registered CM/ECF users, and service of this document will be accomplished by the CM/ECF system.

/s/ Robert Corn-Revere
Robert Corn-Revere

*Counsel for Plaintiff-Appellant*