# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5138     2. DATE DOCKETED: 04/28/2026

3. CASE NAME (lead parties only) NewsGuard Technologies, Inc.  v.  Federal Trade Commission

4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ⦿ Yes  ○ No
   If YES, cite statute  28 U.S.C. § 1657

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 1:26-cv-00353-DLF     Bankruptcy _____                   Tax _____
      Criminal _____                   Adversary _____
      Miscellaneous _____              Ancillary _____

   b. Review is sought of:
      ☐ Final Order     ☒ Interlocutory Order appealable as of right     ☐ Interlocutory Order certified for appeal

   c. Name of judge who entered order being appealed:
      Judge Dabney L. Friedrich          Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 04/22/2026     e. Date notice of appeal filed: 04/22/2026

   f. Has any other notice of appeal been filed in this case?  ○ Yes  ⦿ No   If YES, date filed: _____

   g. Are any motions currently pending in trial court?  ⦿ Yes  ○ No   If YES, date filed: 05/15/2026
      If YES, identify motion Motion for Abeyance (ECF 40).

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ⦿ Yes  ○ No
      If NO, why not? _____

   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____   ⦿ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No If YES, give each case's court and case name, and docket number:
      _____

   k. Does this case turn on validity or correct interpretation or application of a statute?   ○ Yes  ⦿ No
      If YES, give popular name and citation of statute _____

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No   If so, provide program name and participation dates

Signature /s/ Robert Corn-Revere          Date  05-28-2026
Name of Party NewsGuard Technologies, Inc.
Name of Counsel for Appellant/Petitioner Robert Corn-Revere
Address 700 Pennsylvania Ave. SE, Ste. 340, Washington, DC 20003
Phone ( 215 )  717-3473     Fax ( N/A ) _____ - _____

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2026, I electronically filed the foregoing document using this Court's CM/ECF system. All parties in this case are represented by counsel who are registered CM/ECF users, and service of this document will be accomplished by the CM/ECF system.

Respectfully Submitted,

/s/ Robert Corn-Revere
Robert Corn-Revere
  (D.C. Bar No. 375415)
James C. Grant
  (WA Bar No. 14358)
Sara E. Berinhout
  (MA Bar No. 703217)
Samuel Rudovsky
  (PA Bar No. 335724)
  Not Admitted to the D.C. Bar. D.C. Practice limited to U.S. federal courts and related matters under D.C. Ct. App. R. 49(c)(3).
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@fire.org
jim.grant@fire.org
sara.berinhout@fire.org
sam.rudovsky@fire.org

*Counsel for Plaintiff-Appellant*