**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| NEWSGUARD TECHNOLOGIES, <br><br> *Plaintiff-Appellant*, <br><br> v. <br><br> FEDERAL TRADE COMMISSION and ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission, <br><br> *Defendants-Appellees*. | No. 26-5138 |

## STATEMENT OF ISSUE TO BE RAISED

Pursuant to the Court's scheduling order of April 28, 2026, Plaintiff-Appellant NewsGuard Technologies hereby submits the following statement of the issue to be raised in this appeal:

1. Whether the district court erred in denying NewsGuard's motion for a preliminary injunction on irreparable harm grounds where NewsGuard alleged ongoing First Amendment injury from a campaign of retaliation—both directly and through coercion of intermediaries—severely limiting NewsGuard's ability to disseminate its speech to news consumers, advertisers and other subscribers, including its news ratings, daily newsletters, and journalism about online misinformation.

1

Dated: May 28, 2026

Respectfully Submitted,

/s/ Robert Corn-Revere
  Robert Corn-Revere
  (D.C. Bar No. 375415)
James C. Grant
  (WA Bar No. 14358)
Sara E. Berinhout
  (MA Bar No. 703217)
 Samuel Rudovsky
  (PA Bar No. 335724)
  Not Admitted to the D.C. Bar. D.C.
  Practice limited to U.S. federal courts
  and related matters under D.C. Ct. App.
  R. 49(c)(3).
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@fire.org
jim.grant@fire.org
sara.berinhout@fire.org
sam.rudovsky@fire.org

*Counsel for Plaintiff-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2026, I electronically filed the foregoing document using this Court's CM/ECF system. All parties in this case are represented by counsel who are registered CM/ECF users, and service of this document will be accomplished by the CM/ECF system.

/s/ Robert Corn-Revere
Robert Corn-Revere

*Counsel for Plaintiff-Appellant*