# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5138**                                              **September Term, 2025**

**1:26-cv-00353-DLF**

**Filed On:** June 17, 2026

NewsGuard Technologies,

       Appellant

    v.

Federal Trade Commission and Andrew N.
Ferguson, in his official capacity as Chairman
of the Federal Trade Commission,

       Appellees


**BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite, the opposition thereto, and the reply, it is

**ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellant's Opening Brief | June 30, 2026 |
| Appendix | June 30, 2026 |
| Appellees' Brief | July 30, 2026 |
| Appellant's Reply Brief | August 17, 2026 |

The Clerk is directed to schedule this case for oral argument on the first appropriate date following the completion of briefing.  The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellant should raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5138**                    **September Term, 2025**

statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk