# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5138**

**September Term, 2025**

**1:26-cv-00353-DLF**

**Filed On: July 21, 2026** [2184376]

NewsGuard Technologies,

     Appellant

     v.

Federal Trade Commission and Andrew N.
Ferguson, in his official capacity as
Chairman of the Federal Trade
Commission,

     Appellees

## O R D E R

Upon consideration of appellees' motion for extension of time to file the response brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | August 10, 2026 |
| Appellant's Reply Brief | August 31, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
      Michael C. McGrail
      Deputy Clerk